COMPLAINT UNDER 42 USC § 1983, CIVIL RIGHTS ACT-TDCJ-ID (REV. 7/97)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Southern_ DISTRICT OF TEXAS
## _Houston_ DIVISION

United States Courts
Southern District of Texas
FILED

JUL 14 2015

David J. Bradley, Clerk of Court

_Patterson, Drew Moses_
Plaintiff's name and ID Number

_Harris Co. Sheriff Office Jail_
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v. _Adrian Garcia   1200 Baker St. Houston, Tx 77002_
Defendant's name and address

_Drew Patterson, 211 Dominion Park Dr Hou, Tx 77090_
Defendant's name and address

_Honorable Judge Marc Carter  1200 Baker St Hou, Tx 77002_
Defendant's name and address
(DO NOT USE "ET AL")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): Southern District Houston Division
2. Case Number: 1396819
3. Approximate date warnings were imposed: 6/15

Executed on: 7/11/15
DATE

*(Signature of plaintiff)*

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this 11th day of July, 19 2015.
(Day)            (month)          (year)

*(Signature of plaintiff)*

**WARNING:** The plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

5

LL-052-(06/04)
A

# CERTIFICATE

I, _Drew M Patterson_ (name) _Drew P. Hers_, do hereby certify that a true and correct copy of the foregoing _____ (name of instrument)_____

has been served upon the defendant(s) by placing same in the U.S. Mail, addressed to _Houston, TX_ (name and address of defendant(s) or counsel) _Alvin Murray_

on _____ (date) _11th_ day of _Saturday_ (month) _July_, (year) _20 15_.

_Drew M Patterson_ (your signature) _Drew M Patterson_

Any pleading or other document submitted to the Clerk for filing which does not bear a proper Certificate of Service will be returned to the submitting party. All instruments (pleadings, letters, motions or other documents) pertaining to this case must be signed by all plaintiffs and must state the civil action number (case number).

**IMPORTANT INFORMATION:**

1. IF YOU DO NOT KEEP THE COURT ADVISED OF YOUR CURRENT ADDRESS, YOUR CASE MAY BE DISMISSED FOR WANT OF PROSECUTION.

2. Requests for any type of relief must be in the form of a proper motion, filed in a pending case. Please note that if you submit a letter requesting relief, it *will not be* treated as a proper motion.

3. It is improper to communicate directly with judges or magistrates concerning matters which are or may become a subject in their Court.

4. It is improper for Clerk, Judges, or Magistrates to give legal advice to litigants.

5. All documents and correspondence submitted to the Clerk must be on letter size paper (8 1/2 by 11 inches). Please do not use legal size (8 1/2 by 14 inches) paper.

LL-052-(06/04)
A

**NOTE:** If you are not incarcerated at the time of filing and you are paying the filing fee, it is your responsibility, not the U.S. Marshal's, to serve the defendant(s) with summons and complaint. The summons, however, must be under seal of the Clerk. Instructions for service when you are not incarcerated and are paying the filing fee may be obtained from the Clerk.

If you are unable to immediately pay the filing fee service costs of this action, you may petition the Court to proceed in forma pauperis. An Application to Proceed in Forma Pauperis is enclosed in this packet. The application must be verified pursuant to Title 28 U.S.C. §1746. A verification statement is provided on the reverse of the Application. If the court gives you permission to proceed as a pauper, arrangements will be made to collect the filing fee in installments.

**RULE 11, FED. R. CIV. P.:**

This rule states that only the signature of a pro se party or parties on pleadings will be acceptable to the Court.

**INSTRUCTIONS WHEN MORE THAN ONE PLAINTIFF:**

If you and any other plaintiff(s) have the same claims, events, and/or defendants to be stated in your complaint, these should be combined into the same complaint so that one case can be filed. Only if you have different claims, events, and/or defendants should separate complaints be submitted.

Each plaintiff must verify each complaint form by declaration pursuant to Title 28 U.S.C. §1746 or by separate notarizations. By verification, each plaintiff is attesting to the truthfulness of all allegations and contents of his complaint.

Each plaintiff will be required to provide an Application to Proceed In Forma Pauperis if the $150.00 filing fee is not paid immediately.

When the complaint forms are completed, mail them to the Clerk of the U.S. District Court, Houston Division, P.O. Box 61010, Houston, Texas 77208. After your complaint is filed, a "Notification of Filing" will be sent to you. It will inform you of the civil action number (case number), the District Judge, and the Magistrate Judge assigned to your case.

**FILING INSTRUMENTS AFTER SERVICE HAS BEEN ISSUED:**

You must serve the defendant(s) or defense counsel with a copy of every pleading, letter, or other document submitted for consideration by the Court. The original of all documents filed with the Clerk should have a proper "Certificate of Service ". The following certificate should appear following the plaintiff's signature at the end of each instrument.

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen and who was involved. Describe how each defendant is involved. You need not give any legal or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Between the dates of October 2013 - Nov 2013 Sept 2013, Jun 2014, I been charged with mischaracterized offenses. The offenses are solely purposed to detain me. The defedents are using those offenses charged to give me a lengthy unjust sentence and solely destroy me as a human being. If you guys grant me the immunity I deserve I will be gratefully appreciated. Solely, because all rights, constitutional, miranda, civil, christian due process have been violated. Thank you. -DMP

RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.   I would respectfully request the court to dismiss these cases and grant me liberty.

VII.   GENERAL BACKGROUND INFORMATION:

   A.   State, in complete form, all names you gave ever used or been known by including any and all aliases:
   DREW MOSES PATTERSON

   B.   List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
   02530060 - DREW MOSES PATTERSON

VIII.   SANCTIONS:

LL-052-(06/04)
A

II. PLACE OF PRESENT CONFINEMENT: Harris Co. Sheriff office Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?  ✓ YES  / NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _____

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing address</u>:

Defendant #1: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

riefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

LL-052-(06/04)
A

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: LaPerson Davis MOSES
SPN: 02530660 Cell: Inmate Holding
Street: 1200 Baker St.
Houston, Texas 77002

Celica
Stars
Esquler Payer

INDIGENT

HCSO

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.48⁵
02 1W
0001374179 JUL. 13 2015

7720831010

United States District Court
Southern District of Texas
FILED
JUL 14 2015

Atth. Clerk
The United States District Court
Of Southern Texas District
Houston Division
P.O. Box 61010
Houston, Tx 77208